SDOH, 7/03

### PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES

| | | | |
|---|---|---|---|
| Name: | **Ali Jama** | Docket #: | **2:17CR-150** |
| Address: | 2880 Morality Drive | Judge: | **Honorable Algenon L. Marbley, Chief U.S. District Judge** |
| | Columbus, Ohio 43221 | | |

You have been ordered by the United States District Court to pay a special assessment of $__200.00__, restitution of $__392,000.00__, and/or a fine of $__NA__, as a condition of your supervision (probation, parole, or supervised release).

**Probation Officer's Recommendation:**

It is the recommendation of the Probation Officer that the court order a payment schedule in the about of $__200.00 per month__, commencing **September 1, 2020**. This is based on the following analysis of your ability to pay:

**Current income and financial status.**

_____     ____August 3, 2020____

Lyman L. Brown Jr.                                                    Date

U. S. Probation Officer

**Order of the Court:** The Court orders minimum monthly payments of $ 200.00 to commence on _____ and to continue until the debt is satisfied or the Court alters the payment schedule.

_____     __8/7/2020__

Signature of Judicial Officer                        Date