**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | **2:17-cr-150(1)** |
| | **:** | **CHIEF JUDGE MARBLEY** |
| **v.** | **:** | |
| | **:** | |
| **ALI JAMA,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**UNITED STATES' MOTION TO DISMISS THE
PRELIMINARY ORDER OF FORFEITURE**

The United States of America respectfully requests that the Court issue an Order dismissing the Preliminary Order of Forfeiture (Doc. 34) entered in this case. In support thereof, the United States sets forth the following:

**Memorandum in Support**

On December 19, 2018, the Court entered a Preliminary Order of Forfeiture in this case ordering Defendant Ali Jama to forfeit, in accordance with 18 U.S.C. § 982(a)(7) and 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), a sum of money equal to $300,000.00 in United States currency in the form of a forfeiture money judgment and the Real Property known and numbered as 3505 Westerville Road, Columbus, Franklin County, Ohio, with all improvements, appurtenances, and attachments thereon, Parcel No. 190-000089-00, Record Owner: H & H Investment and Management Company, as legally described therein, ("the Real Property") in partial satisfaction of the forfeiture money judgment.

After a review of this case and the Real Property, the United States has determined that it will not seek forfeiture of the Real Property. Therefore, the United States releases all of its interest in the Real Property.

The United States has also determined that it will not pursue collection of the forfeiture money judgment described in the Preliminary Order of Forfeiture.

Therefore, the United States respectfully requests that the Court issue an Order dismissing the Preliminary Order of Forfeiture entered on December 19, 2018.  Within thirty (30) days of the entry of an Order dismissing the Preliminary Order of Forfeiture, the United States will release its Lis Pendens action filed against the Real Property with the Franklin County Court of Common Pleas at Case No. 18LP00002.  In addition, the United States requests that neither this Motion, nor the Court's Order, relieve the defendant form any other monetary penalties, including assessments and restitution, imposed upon him by this Court which the United States may collect.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney

s/Kenneth F. Affeldt
KENNETH F. AFFELDT (0052128)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Ken.Affeldt@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of October 2020, the foregoing Motion to Dismiss the Preliminary Order of Forfeiture was electronically filed and served on all attorneys of record using the Court's CM/ECF system.  On the same date, a copy was also served on Kevin R. Conners, Esquire, attorney for claimant H & H Investment and Management Company, Inc.[1] by electronic mail at: kconners@petersonconners.com.

s/Kenneth F. Affeldt
KENNETH F. AFFELDT (0052128)
Assistant United States Attorney

---

[1] On February 1, 2019, H & H Investment and Management Company, Inc., through its attorney, filed a Petition (Doc. 40) asserting an interest in the subject Real Property.

3