IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | 2:17-cr-150(1) |
| | : | CHIEF JUDGE MARBLEY |
| v. | : | |
| | : | |
| ALI JAMA, | : | |
| | : | |
| Defendant. | : | |

## ORDER

This matter comes before the Court on the United States' Motion to Dismiss the Preliminary Order of Forfeiture (Doc. 44) which was entered in this case on December 19, 2018 at Document 34. The Court finds the United States' Motion to Dismiss the Preliminary Order of Forfeiture well taken and this Motion is **GRANTED**. The United States shall, within thirty (30) days of the entry of this Order, release its Lis Pendens action filed with the Franklin County Court of Common Pleas at Case No. 18LP00002. In addition, neither this Order, nor the United States' Motion, shall relieve the defendant form any other monetary penalties, including assessments and restitution, imposed upon him by this Court which the United States may collect.

ORDERED this __2__ day of __Oct_____, 2020.

_____
HONORABLE ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE