**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | **2:17-cr-150(1)** |
| | : | **CHIEF JUDGE MARBLEY** |
| **v.** | : | |
| | : | |
| **ALI JAMA,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE TO COURT

The United States of America, by and through the undersigned Assistant United States Attorney, hereby gives notice to this Honorable Court that, in accordance with the Court's October 2, 2020, Order (Doc. 45), the United States has released the Lis Pendens action as to the Real Property known and numbered as 3505 Westerville Road, Columbus, Franklin County, Ohio, as demonstrated by attached Exhibit A.

<div style="margin-left:50%">

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney


s/Kenneth F. Affeldt
KENNETH F. AFFELDT (0052128)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Ken.Affeldt@usdoj.gov

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October 2020, the foregoing Notice to the Court was electronically filed and served on all attorneys of record using the Court's CM/ECF system. On the same date, a copy was also served on Kevin R. Conners, Esquire, attorney for H & H Investment and Management Company, Inc.[1] by electronic mail at: kconners@petersonconners.com.

s/Kenneth F. Affeldt
KENNETH F. AFFELDT (0052128)
Assistant United States Attorney

---

[1] On February 1, 2019, H & H Investment and Management Company, Inc., through its attorney, filed a Petition (Doc. 40) in this case asserting an interest in the subject Real Property.

2