**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | **CASE: 2:17-CR-150** |
| **vs.** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **ALI JAMA,** | : | |
| **Defendant.** | : | |

**EMERGENCY REQUEST AND AUTHORIZATION FOR INTERNATIONAL TRAVEL**

Now comes the Defendant Ali Jama, by and through his attorney, Bradley Davis Barbin and respectfully files the following emergency request and authorization for international travel. A memorandum in support follows.

MEMORANDUM IN SUPPORT

1. The Defendant, Ali Jama is convicted of a non-violent crime and was released from Bureau of Prisons (BOP) custody in the summer of 2020.  He is a low-risk offender with no special conditions of supervised release.

2. Defendant Ali Jama is married to Ifrah Said Farah.  Ifrah Said Farah lives in Hargeisa, Somalia.  The Defendant and Ifrah Said Farah have two children, Sabrin (age 9) and Abdullah (age 2), who live with their mother in Somalia.

3. Ifrah Said Farah's mother is 79 years of age and her father is deceased. Relatives of the Defendant are unable to assist his children and his wife.

4. On November 27, 2020, Ifrah Said Farah was involved in an automobile collision. She suffered a cervical fracture, left hip dislocation, pelvic fracture, and ruptured spleen. She is hospitalized in the Intensive Care Unit (ICU) and has been placed in an induced coma to stabilize her condition.  (See Exhibits A & B) She awaits multiple surgeries.

5. Defendant Ali Jama seeks an emergency authorization to travel to Somalia to assist in the care of his own children as Ifrah Said Farah undergoes surgery.

6. The Defendant works as a dispatcher at a trucking company. He has very limited resources. Still, he has made restitution payments for the last four months.

7. Pursuant to local rules, the issue raised in the motion has been fully discussed with both the Assistant United States Attorney assigned to the case, Ken Affeldt, and Supervising Probation Officer, Helwa Qassim.

8. Both of the above-referenced individuals have declined to support this request, notwithstanding the circumstances enumerated herein.

9. The Defendant believes he will be able to raise the cost of international airfare, based on pledges by friends, in the event the Honorable Court is willing to allow the Defendant

to travel outside the country on a temporary basis to assist his children and his wife.

10.    The Defendant has served his term of incarceration and has had no problems while on supervised release. He loves his new life in the United States and appreciates the many opportunities and blessings his citizenship provides. It is the opinion of this officer of the court that he intends to return.

11.    Granting this request would inure primarily to the benefit to Defendant's wife, Ifrah Said Farah and his two children, Sabrin and Abdullah.

WHEREFORE, the Defendant respectfully requests this Honorable Court to authorize temporary international travel for no longer than two months, based upon the emergent and humanitarian reasons submitted herein.

Respectfully submitted,

_____/S/ Bradley Davis Barbin__

Bradley Davis Barbin (0070298)
52 West Whittier Street
Columbus, Ohio 43206
614-445-8416 telephone
614-445-9487 facsimile
bbarbin@barbinlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true copy of the foregoing *Defendant's EMERGENCY REQUEST AND AUTHORIZATION FOR INTERNATIONAL TRAVEL* was served on Assistant United States Attorney Ken Affeldt, by virtue of filing through the CM/ECF electronic case filing system of the U.S. Courts, this 10th day of December, 2020.

_____/S/ Bradley Davis Barbin__

Bradley Davis Barbin (0070298)
52 West Whittier Street
Columbus, Ohio 43206
614-445-8416 telephone
614-445-9487 facsimile
bbarbin@barbinlaw.com