

**MASALA**
SPECIALIST HOSPITAL

Main Street, Masala

Hargeisa, Somaliland

Tel: +252 2 567149

**TRAUMA AND ORTHOPEDICS DEPARTMENT**

Date: 01/12/2020

**Patients Name: IFRAH SAID FARAH**
**REF: Medical Emergency Certification**

TO WHOM IT MAY CONCERN:

This letter is a follow up to my previous letter dated November 27, 2020, regarding Ms. Ifrah Said Farah's health status. Ms. Farah was admitted to Masala Specialist Hospital on November 23, 2020 following a motor vehicle collision. Ms. Farah sustained numerous injuries, including cervical fracture, left hip dislocation, and pelvic fracture. In addition, she is noted to have a ruptured spleen. Currently, Ms. Farah is in the Intensive Care Unit, where she is placed in an induced coma to stabilize her condition. The next step in her treatment is to schedule surgery and operate on the multiple fractures she sustained.

If you have further questions or would like more information, please contact us.

Sincerely,

Dr. Mohamud Artan

Orthopedic and Trauma Surgeon

