From: **Ali Jama** garaare2018@gmail.com
Subject: Medical Emergency
Date: December 3, 2020 at 7:39 AM
To: Bradley Davis Barbin bbarbin@barbinlaw.com

Good Morning Bradley

Here I attached more information about my wife's situation and a letter that I wrote.
I will be stopping by this morning in your office.

Thanks

From: Ali Jama
2880 Morality Dr
Columbus OH 43224

Dear Honorable Judge Algenon L. Marbley

I respectfully request you to allow me to travel to see my critically ill wife. My wife got into a severe car accident and is in an induced coma. My wife has no family support to count on besides me. Her mother is 79 years, and her father passed away seven years ago. There are no immediate family members to help with our children and this situation.

Your honor. I have been working on being a better husband, father, and citizen. I have fulfilled the terms of my probation thus far and will continue to meet all my obligations. I have been working on rebuilding my relationship with my family and staying positive during this situation. Allowing me to assist my wife during these challenging days would mean everything to me and put my mind in a better place. Furthermore, I would welcome the chance to do additional community service that would deem appropriate while taking care of my wife and children.

Thank you for taking the time to read my letter and consider my situation when you decide.

Sincerely,

Ali Jama

Date: 12/3/20