UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 2:17-cr-150 |
| v. | : | |
| | : | CHIEF JUDGE MARBLEY |
| ALI JAMA | : | |

GOVERNMENT MEMORANDUM IN RESPONSE TO
DEFENDANT ALI JAMA'S MOTION
FOR EMERGENCY REQUEST AND AUTHORIZATION
FOR INTERNATIONAL TRAVEL

Now comes the United States, by and through its counsel, Assistant United States Attorney

Ken Affeldt, and based on the reasons provided in the following memorandum, respectfully

opposes Defendant's motion for an emergency request for international travel.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney

s/Kenneth F. Affeldt
KENNETH F. AFFELDT (0052128)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-2769
E-mail: Ken.Affeldt@usdoj.gov

MEMORANDUM

On September 7, 2018, pursuant to a Rule 11(c)(1)(C) plea agreement, the Defendant Ali Jama pled guilty to one count of false statements relating to health care fraud, in violation of 18 U.S.C. §1035, and one count of assisting in the making of a false statement to the IRS, in violation of 26 U.S.C. §7206(2). On February 20, 2019, the defendant was sentenced to a term of imprisonment of 18 months to be followed by three years of supervised release.  The defendant began serving his supervised release on May 5, 2020. The special conditions of defendant's supervised release included restitution payments of $392,000 to Medicaid and $311,306 to the IRS, for a total restitution amount of $703,306.00. In addition to the restitution payments, the defendant was required to prepare and file true and accurate personal and business tax returns for all relevant tax years.  Since his release in May, the defendant has made only four payments of $200 each and has not filed personal or business taxes with the IRS.

In his instant motion, the defendant is requesting permission to travel to Somalia to be with his children while his wife is being treated for severe injuries sustained from an automobile accident in November.

The United States is certainly not insensitive to defendant's unfortunate family situation. However, the United States is concerned that if the defendant leaves the country, the Court will no longer have jurisdiction over the defendant. This is a concern because the defendant still must complete over two-thirds of his supervised release and has an outstanding balance of over $700,000 in restitution. Furthermore, according to defendant's probation officer, the defendant has failed to comply with the special conditions of supervised release by not making consistent monthly restitution payments (having only made four payments of $200 since May) and by failing to file tax returns with the IRS as was ordered by the Court.

Because of the significant amount of restitution that is still owed by the defendant and his failure to comply with all the special conditions of supervised release, the United States and the probation department believe that the defendant presents a substantial flight risk if allowed to

travel internationally and outside the jurisdiction of the Court. [1]

Accordingly, at this time the United States Attorney respectfully requests that defendant's instant motion be denied.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney


 s/Kenneth F. Affeldt
KENNETH F. AFFELDT (0052128)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-2769
E-mail: Ken.Affeldt@usdoj.gov

---

[1] It is worth noting that the defendant's brother and codefendant in this case, Abdirahman Jama (aka Mustafe Jibril) has been a fugitive since 2017.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Government Memorandum in Response to Defendant Ali Jama's Emergency Request for International Travel was served this 10th day of December 2020, upon all persons listed on the Court's ECF system for this case.

s/Kenneth F. Affeldt
KENNETH F. AFFELDT (0052128)
Assistant United States Attorney