**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **United States of America,** | : | |
| | : | **Case No. 2:17-cr-150** |
| **Plaintiff,** | : | |
| | : | **Chief Judge Algenon L. Marbley** |
| v. | : | |
| | : | **Magistrate Judge Vasucra** |
| **Ali Jama,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| | : | |

**<u>ORDER</u>**

This matter is before the Court on Defendant Ali Jama's Motion for Emergency Request and Authorization for International Travel. (ECF No. 47). Mr. Jama's wife and two young children live in Somalia; his wife recently sustained severe injuries in an automobile accident and is currently in a medically induced coma. (*Id.* ¶ 4). Thus, Mr. Jama seeks authorization to travel to Somalia for a period of no longer than two months to care for his family. (*Id.*).

The United States opposes Mr. Jama's request for three reasons. (ECF No. 48). First, the special conditions of Mr. Jama's supervised release include restitution payments of $392,000 to Medicaid and $311,306 to the Internal Revenue Service ("IRS"), for a total restitution amount of $703,306, to be paid in monthly installments. (*Id.* at 2). Since Mr. Jama's release on May 5, 2020, the Government reports that he has made only four payments of $200 each. (*Id.*). Second, in addition to the restitution payments, Mr. Jama is required to prepare and file true and accurate personal and business tax returns for all relevant tax years. (*Id.*). But the Government indicates that Mr. Jama has not filed personal or business taxes with the IRS. (*Id.*). Third and finally, Mr. Jama still must complete over two-thirds of his supervised release. (*Id.*). Because of the significant

amount of restitution still owed and Mr. Jama's failure to comply with all the special conditions of supervised release, the United States and the Probation Office believe Mr. Jama presents a substantial flight risk if allowed to travel internationally.

Given the non-violent nature of Mr. Jama's offenses coupled with the seriousness of his family circumstances, this Court **GRANTS** Mr. Jama's request to travel to Somalia for no longer than two months. The two-month period will begin upon Mr. Jama's arrival in Somalia. Further, this Court **ORDERS** that Mr. Jama coordinates with his Supervising Probation Officer to establish his return date to the United States. All other conditions of Defendant's release will remain in place.

**IT IS SO ORDERED.**

       **/s/ Algenon L. Marbley**
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**Dated: December 10, 2020**