IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:17-cr-150 |
| | : | |
| v. | : | Chief Judge Algenon L. Marbley |
| | : | |
| ALI JAMA, | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on Defendant Jama's Motion to Extend Travel Deadline. (ECF No. 54). The Court previously granted Mr. Jama's request for temporary travel to Somalia, until October 5, 2021, for the purpose of caring for his wife. (ECF No. 52). Mr. Jama asks that the deadline be extended to December 15, 2021, so he may help his wife recover from her recent hospitalization for COVID-19. (ECF No. 54 ¶ 5).

It its prior Order, the Court noted the nonviolent nature of Mr. Jama's offense and the seriousness of his family circumstances. (ECF No. 52 at 2). These factors favored Mr. Jama's travel then, and they likewise favor an extension now. Moreover, Mr. Jama represents that the United States Attorney and the United States Probation Officer consent to his Motion, given that he also agreed to prepay his Court-ordered restitution for the period of extended travel. (ECF No. 54 ¶ 4). Having confirmed that Mr. Jama did make his prepayment, the Court sees no obstacle to granting the extension.

Accordingly, Defendant Jama's Motion is **GRANTED**. His travel deadline is hereby extended until December 15, 2021. All other conditions of Mr. Jama's release will remain in place.

1

**IT IS SO ORDERED.**

DATED: October 1, 2021

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE