**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | **CASE: 2:17-CR-150** |
| **vs.** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **ALI JAMA,** | : | |
| **Defendant.** | : | |

**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

Now comes the Defendant Ali Jama, by and through his attorney, Bradley Davis Barbin and respectfully files the following motion for early termination of supervised released.

A memorandum in support follows.

Respectfully submitted,

_____/S/ Bradley Davis Barbin__

Bradley Davis Barbin (0070298)
Attorney for Defendant Ali Jama
Barbin Law
52 West Whittier Street
Columbus, Ohio 43206
614-445-8416 telephone
614-445-9487 facsimile
bbarbin@barbinlaw.com

<u>MEMORANDUM IN SUPPORT</u>

The Defendant, Ali Jama is convicted of a non-violent crime and was released from Bureau of Prisons (BOP) custody in the summer of 2020.  He is a low-risk offender with no special conditions of supervised release. He has been instructed by his probation officer not to report in person. He has timely made his monthly telephone and financial obligations, including restitution payments.

1. Defendant Ali Jama has complied with all conditions and terms of his supervision.

2. Ali Jama has executed financial documents indiating his intention to continue to make monetary restitution payments with the financial litigation unit of the United States Attorney's Office.

3. The United States Attorney's Office has no objection to this motion, per Ken Affeldt.

4. The Defendant has completed two=thirds of his supervised released without incident.

5. The Defendant is gainfully employed and has been rehabilitated.

6. It is in the best interest of justice to grant the motion for early termination of supervised release.

WHEREFORE, the Defendant respectfully requests this Honorable Court grant this motion for early termination of supervised release.

Respectfully submitted,

_____/S/ Bradley Davis Barbin__

Bradley Davis Barbin (0070298)
Attorney for Defendant Ali Jama
Barbin Law
52 West Whittier Street
Columbus, Ohio 43206
614-445-8416 telephone
614-445-9487 facsimile
bbarbin@barbinlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing *Defendant's MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE* was served on Assistant United States Attorney Ken Affeldt, by virtue of filing through the CM/ECF electronic case filing system of the U.S. Courts, and by email to Vanessa Fletcher, U.S. Probation Office, this 22th day of June, 2022.

_____/S/ Bradley Davis Barbin__

Bradley Davis Barbin (0070298)
Attorney for Defendant Ali Jama
Barbin Law
52 West Whittier Street
Columbus, Ohio 43206
614-445-8416 telephone
614-445-9487 facsimile
bbarbin@barbinlaw.com